■ CLARENCE E. DECKER, Individually and as Executor of WILLIAM H. DECKER, Deceased, et al., Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal from an order of a Special Term, County Court, Sullivan County. Order reversed and complaint dismissed, without costs. (See *Schulman v. People,* 11 A D 2d 273.) Bergan, P. J., Coon, Gibson and Reynolds, JJ., concur; Herlihy, J., dissents and votes to affirm. (See dissenting memorandum in *Schulman v. People,* 11 A D 2d 273.) [23 Misc 2d 90.]

■ In the Matter of the Construction of the Will of GEORGE PHOENIX, Deceased. EDNA LAJEUNESSE et al., as Executrices of GEORGE PHOENIX, Deceased, Respondents; STANLEY PHOENIX, Appellant.— Decree unanimously affirmed, upon the opinion of KOREMAN, S. (22 Misc 2d 1009), with costs to all parties filing a brief, payable from the estate. Appellant's application for counsel fees should be addressed to the Surrogate. (Surrogate's Ct. Act, § 78.) Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.